**FILED**

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0191

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No.: DA 20-0191

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff and Appellee, | ) | |
| | ) | **ORDER GRANTING ADDITIONAL** |
| vs. | ) | **TIME FOR COURT REPORTER TO** |
| | ) | **FILE TRANSCRIPT** |
| JEFFRY NELSON, | ) | |
| | ) | |
| Defendant and Appellant. | ) | |
| | ) | |

Upon Motion of the Defendant and Appellant to allow Court Reporter Kathy Hilton an additional ninety (90) days from July 4, 2020, to file the transcripts, and good cause appearing therefore:

IT IS HEREBY ORDERED AND THIS DOES ORDER:

That Kathy Hilton shall have an additional ninety (90) days from July 4, 2020, in which to file the transcripts in the above-captioned matter.

DATED this _____ day of July, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court

1 – ORDER GRANTING ADDITIONAL TIME FOR COURT REPORTER TO FILE TRANSCRIPT 2020